# United States Bankruptcy Court
### Northern District of Indiana

In re  **Charles David Hoefer**  
Debtor(s)

Case No. _____  
Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: __10/23/09__

_____  
**Charles David Hoefer**  
Signature of Debtor

BANK OF AMERICA
P.O. BOX 660576
DALLAS, TX 75266-0576


FIFTH THIRD BANK
P.O BOX 630778
CINCINNATI, OH 45263-0778


LAKE CITY BANK
P.O. BOX 3000
ELKHART, IN 46515


LAKE CITY BANK
202 E. CENTER STREET
P.O. BOX 1389
WARSAW, IN 46581


LAKE CITY BANK
C/O PATRICK G. MURPHY
215 EAST BERRY STREET
P.O. BOX 2263
FORT WAYNE, IN 46801


MARY HOEFER
814 SPRING MEADOW FARM DRIVE
MIDDLEBURY, IN 46540