# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: HOEFER, CHARLES DAVID | § | Case No. 09-35048 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

GARY D. BOYN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $867,768.00
*(without deducting any secured claims)*

Assets Exempt: $666,517.00

Total Distribution to Claimants: $19,684.32

Claims Discharged
Without Payment: $3,202,224.52

Total Expenses of Administration: $10,734.78

3) Total gross receipts of $ 36,419.10 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 6,000.00 (see **Exhibit 2** ), yielded net receipts of $30,419.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,258,422.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,734.78 | 10,734.78 | 10,734.78 |
|    PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,260,894.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,000,000.00 | 5,492,061.31 | 3,221,908.84 | 19,684.32 |
| **TOTAL DISBURSEMENTS** | $5,258,422.00 | $7,763,690.09 | $3,232,643.62 | $30,419.10 |

4)  This case was originally filed under Chapter 7 on October 23, 2009. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/07/2011_____    By:_ _/s/GARY D. BOYN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| JEWELRY | 1129-000 | 7,000.00 |
| 1934 Ford | 1129-000 | 891.50 |
| 1993 Corvette | 1129-000 | 8,021.00 |
| 2005 Correct Craft boat | 1129-000 | 12,000.00 |
| STOCK AND BUSINESS INTERESTS - Coppercon Realty | 1229-000 | 5,000.00 |
| Merrill Lynch Account | 1229-000 | 3,489.23 |
| Interest Income | 1270-000 | 17.37 |
| **TOTAL GROSS RECEIPTS** | | $36,419.10 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mary E. Hoefer | 1/2 proceeds from sale of boat & trailer | 8500-002 | 6,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $6,000.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 4110-000 | 175,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 1,440,935.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake City Bank | 4110-000 | 600,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake City Bank | 4110-000 | 902,487.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 140,000.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| TOTAL SECURED CLAIMS | $3,258,422.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Images Jewelers | 2500-000 | N/A | 700.00 | 700.00 | 700.00 |
| WARRICK & BOYN, LLP | 3110-000 | N/A | 6,005.00 | 6,005.00 | 6,005.00 |
| WARRICK & BOYN, LLP | 3120-000 | N/A | 32.99 | 32.99 | 32.99 |
| GARY D. BOYN, TRUSTEE | 2100-000 | N/A | 3,791.86 | 3,791.86 | 3,791.86 |
| GARY D. BOYN, TRUSTEE | 2200-000 | N/A | 149.31 | 149.31 | 149.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.62 | 55.62 | 55.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,734.78 | 10,734.78 | 10,734.78 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Indiana Department of Revenue | 5800-000 | N/A | 1,130,447.00 | 0.00 | 0.00 |
| 3P-2 | Indiana Department of Revenue | 5800-000 | N/A | 1,130,447.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 2,260,894.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lake City Bank | 7100-000 | 2,000,000.00 | 2,060,054.79 | 0.00 | 0.00 |
| 1 -2 | Lake City Bank | 7100-000 | N/A | 2,060,054.79 | 2,060,054.79 | 12,585.95 |
| 2 | Lake City Bank | 7100-000 | N/A | 600,000.00 | 600,000.00 | 3,665.71 |
| 3U | Indiana Department of Revenue | 7100-000 | N/A | 105,048.84 | 0.00 | 0.00 |
| 3U-2 | Indiana Department of Revenue | 7100-000 | N/A | 105,048.84 | 0.00 | 0.00 |
| 4 | Indiana Community Bank, | 7100-000 | N/A | 561,854.05 | 561,854.05 | 3,432.66 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 2,000,000.00 | 5,492,061.31 | 3,221,908.84 | 19,684.32 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-35048 | Trustee: (340170) GARY D. BOYN |
| Case Name: HOEFER, CHARLES DAVID | Filed (f) or Converted (c): 10/23/09 (f) |
| | §341(a) Meeting Date: 12/15/09 |
| Period Ending: 10/07/11 | Claims Bar Date: 05/04/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE - 715 N. Shore Dr. | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL ESTATE - 814 Spring Meadow Farm Dr. | 350,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | REAL ESTATE - Coppercon Realty | 61,751.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS | 167.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 2,750.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | JEWELRY | 3,000.00 | 0.00 | | 7,000.00 | FA |
| 8 | STOCK - Elkhart Community Bank | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 9 | STOCK - Spring Meadow Golf Club | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1934 Ford | 10,000.00 | 10,000.00 | | 891.50 | FA |
| 11 | 1993 Corvette | 12,000.00 | 12,000.00 | | 8,021.00 | FA |
| 12 | 1995 Cadillac  Listed in error by debtor on schedules; vehicle belongs to wife | 6,175.00 | 6,175.00 | | 0.00 | FA |
| 13 | 1995 S10 Blazer | 625.00 | 625.00 | | 0.00 | FA |
| 14 | 1934 Ford | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 15 | (2) 2001 Jet skis | 500.00 | 500.00 | | 0.00 | FA |
| 16 | 2005 Correct Craft boat | 7,500.00 | 7,500.00 | | 12,000.00 | FA |
| 17 | STOCK AND BUSINESS INTERESTS - Coppercon Realty  (u) | Unknown | Unknown | | 5,000.00 | FA |
| 18 | Merrill Lynch Account  (u) | Unknown | 3,489.23 | | 3,489.23 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 17.37 | FA |
| 19 | **Assets**    Totals (Excluding unknown values) | **$917,568.00** | **$52,789.23** | | **$36,419.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sale of Rolex watch for $7000 p.o. 3/5/10.  Sale of Vehicles for $8912.50 p.o. 3/16/10.  Sale of boat for $12,000 p.o. 3/16/10.  Sale of stock in Coppercon for $5,000 p.o. 4/8/10.  Liquidation of Merrill Lynch acount.  Claims finalized.  Tee & Atty compensation approved.  Final Report filed 08/12/11.  Final Account filed 10/07/11.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-35048 | Trustee: (340170) GARY D. BOYN |
| Case Name: HOEFER, CHARLES DAVID | Filed (f) or Converted (c): 10/23/09 (f) |
| | §341(a) Meeting Date: 12/15/09 |
| Period Ending: 10/07/11 | Claims Bar Date: 05/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   December 31, 2010          Current Projected Date Of Final Report (TFR):   August 12, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-35048 | |
| Case Name: | HOEFER, CHARLES DAVID | |
| | | |
| Taxpayer ID #: | **-***1849 | |
| Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee: | GARY D. BOYN (340170) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****19-65 - Money Market Account |
| Blanket Bond: | $135,536,258.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/10 | | Mary E. Hoefer | sale of vehicles | | 8,912.50 | | 8,912.50 |
| | {10} | | 891.50 | 1129-000 | | | 8,912.50 |
| | {11} | | 8,021.00 | 1129-000 | | | 8,912.50 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 8,912.63 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.03 | | 8,912.66 |
| 03/02/10 | | Wire out to BNYM account<br>9200******1965 | Wire out to BNYM account 9200******1965 | 9999-000 | -8,912.66 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -8,912.66 | 0.00 | |
| Subtotal | 8,912.66 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $8,912.66 | $0.00 | |

{} Asset reference(s)

Printed: 10/07/2011 02:13 PM     V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-35048 |
| Case Name: | HOEFER, CHARLES DAVID |
| Taxpayer ID #: | **-***1849 |
| Period Ending: | 10/07/11 |

| | |
|---|---|
| Trustee: | GARY D. BOYN (340170) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****19-66 - Checking Account |
| Blanket Bond: | $135,536,258.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-35048 | |
| Case Name: | HOEFER, CHARLES DAVID | |
| | | |
| Taxpayer ID #: | **-***1849 | |
| Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee: | GARY D. BOYN (340170) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******19-19 - Trustee Investment Acct |
| Blanket Bond: | $135,536,258.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | <br><br><br>T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/10 | | FUNDING ACCOUNT:<br>9200******1965 | | 9999-000 | 21,000.00 | | 21,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 1.38 | | 21,001.38 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 2.67 | | 21,004.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 2.59 | | 21,006.64 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 2.68 | | 21,009.32 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 2.67 | | 21,011.99 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,012.16 |
| 10/01/10 | | From Account #9200******1965 | Adjust Principal via TIA Rollover | 9999-000 | 8,000.00 | | 29,012.16 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 29,012.40 |
| 11/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 29,012.40 |
| 11/02/10 | | To Account #9200******1965 | Close TIA via TIA Rollover | 9999-000 | | 29,012.40 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 29,012.40 | 29,012.40 | $0.00 |
| | Less: Bank Transfers | 29,000.00 | 29,012.40 | |
| | **Subtotal** | **12.40** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$12.40** | **$0.00** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-35048 |
| Case Name: | HOEFER, CHARLES DAVID |
| | |
| Taxpayer ID #: | **-***1849 |
| Period Ending: | 10/07/11 |

| | |
|---|---|
| Trustee: | GARY D. BOYN (340170) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******19-20 - Money Market Account |
| Blanket Bond: | $135,536,258.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/10 | | FUNDING ACCOUNT: 9200******1965 | | 9999-000 | 29,000.00 | | 29,000.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 29,000.20 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,000.44 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,000.68 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 29,000.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,001.14 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 29,001.37 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,001.61 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 29,001.84 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,002.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.62 | 28,946.46 |
| 08/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 28,946.51 |
| 08/08/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.05 | | 28,946.46 |
| 08/08/11 | | To Account #9200******1966 | TRANSFER FUNDS TO GENERAL ACCOUNT FOR FINAL REPORT AND PROPOSED DISTRIBUTIONS. | 9999-000 | | 28,946.51 | -0.05 |
| 08/09/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 0.01 |
| 08/09/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.01 | | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 29,002.13 | 29,002.13 | $0.00 |
| Less: Bank Transfers | 29,000.00 | 28,946.51 | |
| Subtotal | 2.13 | 55.62 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $2.13 | $55.62 | |

Printed: 10/07/2011 02:13 PM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 09-35048 | | | Trustee: | GARY D. BOYN (340170) | |
| Case Name: | HOEFER, CHARLES DAVID | | | Bank Name: | The Bank of New York Mellon | |
| | | | | Account: | 9200-******19-65 - Money Market Account | |
| Taxpayer ID #: | **-***1849 | | | Blanket Bond: | $135,536,258.00  (per case limit) | |
| Period Ending: | 10/07/11 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | Wire in from JPMorgan Chase Bank, N.A. account ********1965 | 9999-000 | 8,912.66 | | 8,912.66 |
| 03/03/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 8,912.67 |
| 03/08/10 | | Images Jewelers | sale of watch | | 6,300.00 | | 15,212.67 |
| | {7} | Images Jewelers | watch                7,000.00 | 1129-000 | | | 15,212.67 |
| | | Images Jewelers | commission          -700.00 | 2500-000 | | | 15,212.67 |
| 03/29/10 | | From Account #9200******1966 | transfer to MMA | 9999-000 | 6,000.00 | | 21,212.67 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.80 | | 21,213.47 |
| 04/15/10 | | ACCOUNT FUNDED:<br>9200******1919 | | 9999-000 | | 21,000.00 | 213.47 |
| 04/30/10 | {17} | Coppercon Realty LLC | sale of stock interest | 1229-000 | 5,000.00 | | 5,213.47 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.58 | | 5,214.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,214.34 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,214.64 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,214.95 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 5,215.26 |
| 09/13/10 | {18} | Merrill Lynch | close out acct | 1229-000 | 3,489.23 | | 8,704.49 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,704.54 |
| 10/01/10 | | To Account #9200******1919 | Adjust Principal via TIA Rollover | 9999-000 | | 8,000.00 | 704.54 |
| 11/02/10 | | From Account #9200******1919 | Close TIA via TIA Rollover | 9999-000 | 29,012.40 | | 29,716.94 |
| 11/05/10 | | ACCOUNT FUNDED:<br>9200******1920 | | 9999-000 | | 29,000.00 | 716.94 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 716.96 |
| 08/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 716.96 |
| 08/08/11 | | To Account #9200******1966 | TRANSFER FUNDS TO GENERAL ACCOUNT FOR FINAL REPORT AND PROPOSED DISTRIBUTIONS. | 9999-000 | | 716.96 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 58,716.96 | 58,716.96 | $0.00 |
| | Less: Bank Transfers | | 43,925.06 | 58,716.96 | |
| | Subtotal | | 14,791.90 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $14,791.90 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | | |
|---|---|---|
| Case Number: | 09-35048 | |
| Case Name: | HOEFER, CHARLES DAVID | |
| Taxpayer ID #: | **-***1849 | |
| Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee: | GARY D. BOYN (340170) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******19-66 - Checking Account |
| Blanket Bond: | $135,536,258.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/10 | {16} | Wawasee Boat Co. | boat proceeds | 1129-000 | 12,000.00 | | 12,000.00 |
| 03/29/10 | | To Account #9200******1965 | transfer to MMA | 9999-000 | | 6,000.00 | 6,000.00 |
| 03/29/10 | 10101 | Mary E. Hoefer | 1/2 proceeds from sale of boat & trailer | 8500-002 | | 6,000.00 | 0.00 |
| 08/08/11 | | From Account #9200******1965 | TRANSFER FUNDS TO GENERAL ACCOUNT FOR FINAL REPORT AND PROPOSED DISTRIBUTIONS. | 9999-000 | 716.96 | | 716.96 |
| 08/08/11 | | From Account #9200******1920 | TRANSFER FUNDS TO GENERAL ACCOUNT FOR FINAL REPORT AND PROPOSED DISTRIBUTIONS. | 9999-000 | 28,946.51 | | 29,663.47 |
| 08/09/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 29,663.48 |
| 09/16/11 | 10102 | Indiana Community Bank, | Dividend paid   0.61% on $561,854.05; Claim# 4; Filed: $561,854.05; Reference: | 7100-000 | | 3,432.66 | 26,230.82 |
| 09/16/11 | 10103 | GARY D. BOYN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,941.17 | 22,289.65 |
| | | | Dividend paid 100.00%        3,791.86 on $3,791.86;  Claim# GDBT; Filed: $3,791.86 | 2100-000 | | | 22,289.65 |
| | | | Dividend paid 100.00%        149.31 on $149.31;  Claim# GDBT; Filed: $149.31 | 2200-000 | | | 22,289.65 |
| 09/16/11 | 10104 | Lake City Bank | Combined Check for Claims#1 -2,2 | | | 16,251.66 | 6,037.99 |
| | | | Dividend paid   0.61% on        12,585.95 $2,060,054.79;  Claim# 1 -2; Filed: $2,060,054.79 | 7100-000 | | | 6,037.99 |
| | | | Dividend paid   0.61% on        3,665.71 $600,000.00;  Claim# 2; Filed: $600,000.00 | 7100-000 | | | 6,037.99 |
| 09/16/11 | 10105 | WARRICK & BOYN, LLP | Combined Check for Claims#GDBA,GDBA | | | 6,037.99 | 0.00 |
| | | | Dividend paid 100.00%        6,005.00 on $6,005.00;  Claim# GDBA; Filed: $6,005.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%        32.99 on $32.99;  Claim# GDBA; Filed: $32.99 | 3120-000 | | | 0.00 |

Subtotals :          $41,663.48          $41,663.48

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-35048 |
| Case Name: | HOEFER, CHARLES DAVID |
| | |
| Taxpayer ID #: | **-***1849 |
| Period Ending: | 10/07/11 |

| | |
|---|---|
| Trustee: | GARY D. BOYN (340170) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******19-66 - Checking Account |
| Blanket Bond: | $135,536,258.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 41,663.48 | 41,663.48 | $0.00 |
| | | | Less: Bank Transfers | | 29,663.47 | 6,000.00 | |
| | | | Subtotal | | 12,000.01 | 35,663.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,000.01 | $35,663.48 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****19-65 | 8,912.66 | 0.00 | 0.00 |
| Checking # ***-*****19-66 | 0.00 | 0.00 | 0.00 |
| TIA # 9200-******19-19 | 12.40 | 0.00 | 0.00 |
| MMA # 9200-******19-20 | 2.13 | 55.62 | 0.00 |
| MMA # 9200-******19-65 | 14,791.90 | 0.00 | 0.00 |
| Checking # 9200-******19-66 | 12,000.01 | 35,663.48 | 0.00 |
| | $35,719.10 | $35,719.10 | $0.00 |